DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN VILLALONA,**
Appellant,

v.

**HOLIDAY INN EXPRESS AND SUITES,**
Appellee.

No. 4D19-2035

[May 7, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti E. Henning, Judge; L.T. Case No. None.

Steven Villalona, Oakdale, LA, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***